No. 74–1107.   CAPPAERT ET AL. *v.* UNITED STATES ET AL.; and

No. 74–1304.   NEVADA EX REL. WESTERGARD *v.* UNITED STATES ET AL.   C. A. 9th Cir.   [Certiorari granted, 422 U. S. 1041.]   Motion of petitioners for additional time for oral argument granted and 15 additional minutes allotted for that purpose.   Respondents also allotted 15 additional minutes for oral argument.

No. 74–1245.   LIBERTY MUTUAL INSURANCE Co. *v.* WETZEL ET AL.   C. A. 3d Cir.   [Certiorari granted, 421 U. S. 987.]   Motion of the Attorney General of Ohio for leave to participate in oral argument as *amicus curiae* denied.

No. 75–320.   BRANIFF AIRWAYS, INC. *v.* EL PASO COIN Co., INC., ET AL.   Ct. Civ. App. Tex., 8th Sup. Jud. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–5366.   FISHER *v.* DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT OF MONTANA, IN AND FOR THE COUNTY OF ROSEBUD.   Sup. Ct. Mont.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 75–250.   CITY OF CHARLOTTE ET AL. *v.* LOCAL 660, INTERNATIONAL ASSOCIATION OF FIREFIGHTERS ET AL. C. A. 4th Cir.   [Certiorari granted, *ante,* p. 890.]   Motion of respondent Middleton et al. for leave to proceed *in forma pauperis* denied.

No. 75–208.   RATCLIFF *v.* TEXAS ET AL.   Motion for leave to file petition for writ of certiorari denied.

No. 75–5194.   LEWIS *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL.   Motion for leave to file petition for writ of mandamus denied.